JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUZIE MORGAN<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 5:24-cv-02322-DOC-DTB<br><br>Hon. David O. Carter<br><br>**ORDER GRANTING STIPULATION TO REMAND**<br><br>State Complaint Filed: September 11, 2024<br>Removal Date: October 31, 2024 |

## ORDER

The Court, having considered the Stipulation to Remand (the "Stipulation") filed by the Parties, and upon finding good cause therefore, hereby GRANTS the Stipulation.

This matter is hereby remanded to the California Superior Court, for the County of San Bernardino.

**IT IS SO ORDERD.**

Dated: December 3, 2024

_/s/ David O. Carter_
Hon. David O. Carter
United States District Judge